# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARZA R. NELSON, | 1:08-cv-00114 OWW SMS HC |
|        Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED |
|    v. | |
| KEN CLARK, | [Doc. 18] |
|        Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 23, 2003, the Magistrate Judge issued Findings and Recommendation that the Motion to Dismiss be GRANTED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On July 23, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued June 23, 2008, is ADOPTED IN FULL;

2.     Respondent's Motion to Dismiss is GRANTED;

3.     The Petition for Writ of Habeas Corpus is DISMISSED; and

4.     The Clerk of the Court is DIRECTED to close this action

IT IS SO ORDERED.

**Dated:**   **August 7, 2008**                    /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE